Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA  90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

Attorney for Defendant
KOU YANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| UNITED STATES OF AMERICA, | ) | NO: 2:08-cr-0093 FCD |
|---|---|---|
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE |
| vs. | ) | ON SUPERSEDING INDICTMENT BY |
| | ) | DEFENDANT KOU YANG |
| KOU YANG . | ) | |
| Defendant. | ) | |

    Pursuant to Fed.R.Crim.P. Rule 10(b), I, KOU YANG; hereby waive my personal appearance at the arraignment on the superceding indictment in this case.

    I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered Indictment. I further understand that, absent the present waiver, I must appear before this court as directed.

    I affirm that I have received a copy of the Indictment, that I waive a formal reading of the Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

    I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

    I further acknowledge that I have been informed of my rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorize my attorney to set times and delays under that Act without my personal appearance.

DATED: March 3, 2010

        /s/ Kou Yang
        KOU YANG
        (Original in Attorney's file)

DATED: February 26, 2010

        /s/ Joseph H. Low IV
        JOSEPH H. LOW IV
        Attorney for Kou Yang

    The Defendant's Waiver of Personal Appearance at Arraignment on the Superceding Indictment is accepted.

DATED:  March 4, 2010

        UNITED STATES MAGISTRATE JUDGE